1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                         **DISTRICT OF NEVADA**
8
9  J.E. SCOTT SPRACKLIN and DENISE      )
   SPRACKLIN,                           )
10                                       )
              Plaintiffs,               )
11                                       )        3:10-cv-00267-RCJ-VPC
        v.                               )
12                                       )                **ORDER**
13 RECONTRUST COMPANY; BANK OF          )
   AMERICA, d/b/a BAC HOME LOANS        )
14 SERVICING, LP; CTC REAL ESTATE       )
   SERIVCES; and MORTGAGE ELECTRONIC)
15 REGISTRATION SYSTEMS, INC.,          )
                                         )
16            Defendants.               )
17 ─────────────────────────────────

18      This case arises out of the foreclosure of Plaintiffs' mortgage.  Several motions are

   pending before this Court.[1]  The Judicial Panel on Multidistrict Litigation has transferred the
19
   case to the District of Arizona for pretrial proceedings in Case No. 2:09-md-02119-JAT and
20
   has simultaneously separated and remanded all causes of action not related to the formation
21
   and operation of the MERS system.  Judge Teilborg has not yet issued a partial remand order
22
   in this case.  Until he does so, the Court lacks jurisdiction to rule on the pending motions.
23
   ///
24
   ///
25
   ///
26
   ///
27

28 ────────────────────
       [1] These motions include: Motion to Stay All Proceedings and for Extension of Time
   (#6); Motion to Dismiss (#9); Motion for Leave to File Late Document (#14); and Motion for
   Leave to File Excess Pages (#15).

**CONCLUSION**

IT IS HEREBY ORDERED that all pending motions are DENIED without prejudice. Upon remand from Case No. 2:09-md-02119-JAT, Plaintiffs shall file a copy of the partial remand order into the docket within seven days.  This order is not a preliminary injunction.

Dated this 4th day of February, 2011.

United States District Judge