AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

SCOTT SPRACKLIN, *et al.*,

     Plaintiff,

V.

RECONSTRUST COMPANY, *et al.*,

     Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-CV-00267-RCJ-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice for want of prosecution pursuant to provisions of LR 41-1.

January 14, 2014

**LANCE S. WILSON**
Clerk

/s/ D. R. Morgan
Deputy Clerk