AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

SCOTT SPRACKLIN, *et al.*,

     Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER:  **3:10-CV-00267-RCJ-VPC**

RECONSTRUST COMPANY, *et al.*,

     Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice for want of prosecution pursuant to provisions of LR 41-1.

| January 14, 2014 | **LANCE S. WILSON** |
|---|---|
|  | Clerk |
|  | /s/ D. R. Morgan |
|  | Deputy Clerk |